THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES JOE ROBINSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> PIERCE COUNTY SUPERIOR COURT, *et al.*, <br><br> Defendants. | CASE NO. C24-5649-JCC-SKV <br><br> ORDER |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1) The Court ADOPTS the R&R (Dkt. No. 4).

(2) The action is DISMISSED.

(3) Plaintiff's motion to proceed *In Forma Pauperis* (Dkt. No. 1) is DENIED as moot.

(4) The Clerk is DIRECTED to provide a copy of this Order to Plaintiff and to Judge Vaughan.

//

//

ORDER
C24-5649-JCC-SKV
PAGE - 1

1 | DATED this 30th day of September 2024.

<br>

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE